4

FILED
IN CLERKS OFFICE

OFFICE OF THE ATTORNEY GENERAL
MASSACHUSETTS GENERAL LAWS Ch.258, §4
PRESENTMENT CLAIM FORM

2022 OCT 27 AM 11: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

TRIAL DIVISION
One Ashburton Place
Boston, MA 02108
617-727-2200

ATTORNEY GENERAL

## CLAIMANT INFORMATION

Name: Jonathan Verrier
Telephone #(s): 781-588-2424
Address: Plymouth County Correctional Facility
If Claimant is an insurance company, name of subrogee: _____

## CLAIM AGAINST

Name of Commonwealth Agency Involved (if applicable): Plymouth County Correctional
Name of Commonwealth Employee Involved (if applicable): _____
Registration # of Commonwealth Vehicle (if applicable): _____
Was a Police Report Completed? YES ✓ NO ____ (If yes, please attach)
NATURE OF CLAIM: Please describe your claim. (Continue on additional pages if necessary.)
Manual Body Cavity Search without a Warrent. Medical Mal Practice, Sexual Assault, Violation of Civil rights

## OTHER INFORMATION

Date of Incident: _____
Location of Incident: Beth Isreal Deacones Plymouth, Plymouth County Correctional Facility

Read this important notice and sign your presentment claim.
- Under most circumstances, your presentment claim will be considered a public record and will be available to any member of the public upon request.
- I understand that when I submit this presentment claim the Attorney General's Office cannot give me legal advice and cannot act as my personal lawyer.
- I certify that the information contained in this presentment claim is true to the best of my knowledge.

Signed: Jonathan Verrier   Date: 10/21/22
Printed Name: Jonathan Verrier

*Please note: Whether using this form or not, presentment claims must be made in accordance with the requirements of M.G.L. Ch. 258. The Attorney General's Office cannot provide you with legal advice or act as your attorney. If you have questions concerning the specific application or interpretation of the law, please consult with a private attorney.

FOR AGO USE ONLY:
DATE PRESENTMENT RECEIVED _____      CASE MANAGEMENT NUMBER _____
SIX MONTH DATE _____                  EXECUTIVE OFFICE: _____
SOL DATE _____

# I. ACCESS AND FAIRNESS

### A. Will stereotypes or bias play a role in how I am treated in court?

No. Stereotypes and bias based on race, gender, religion, national origin, ethnicity, disability, age, sexual orientation and economic status have no place in the treatment of people or the handling of cases in the courts.

You have the right to be treated with fairness, respect and courtesy by everyone you encounter in the legal system. If you feel you have not been treated fairly and respectfully, you should speak up.

In turn, you have the responsibility to treat everyone you encounter in the legal system with fairness, respect, and courtesy. Behavior that is disrespectful toward the court or any individual involved in the court process will not be tolerated.

### B. If I have a disability, will accommodations be made for me?

Yes. The Massachusetts courts do not discriminate on the basis of disability. Parties, lawyers, employees, and members of the public are entitled to access all court programs, activities, and services without regard to disability.

Each court has designated an employee to be the Americans with Disabilities Act (ADA) Coordinator. Please contact the court before your court date if you anticipate that you will require an accommodation in order to gain access to the court building or to fully participate in any court proceeding or service.

### C. If I need an interpreter, will one be provided?

Yes. Everyone in the Commonwealth has the right to equal access to the courts and the right to the assistance of a court interpreter throughout any legal proceeding.

If you have a limited ability to understand or speak English or are hearing impaired, you should ask that an interpreter be appointed for you as early in the process as possible. It is the judge who will appoint or accept an interpreter. The most important thing the judge will consider is how well you speak and understand English.

A court interpreter is a trained professional who speaks your language and will interpret exactly what you say and what is said to you. The interpreter will keep everything said confidential and will remain impartial, without forming or expressing any personal opinions about your case.

3

A court interpreter cannot give you legal advice, explain things to you or have personal conversations with you. If you require assistance completing a court form, the court interpreter can "sight translate" the form. The court interpreter cannot, however, explain the meaning of terms or assist in making calculations on a form. The court interpreter may only translate the words that appear on the form.

The Trial Court's Office of Court Interpreter Services provides free professional court interpreters for all court proceedings. Sometimes, it will take time to arrange for a court interpreter and your case will need to be postponed to a date when a court interpreter is available.

4