UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JONATHAN VERRIER,<br>      Plaintiff,<br><br>v.<br><br>BETH ISRAEL DEACONESS HOSPITAL-<br>PLYMOUTH, INC., et al.,<br>      Defendants. | Civil Action No.<br>22-11855-NMG |

ORDER

GORTON, J.

Upon review of the Amended Complaint (Docket #9) the Court hereby orders:

1. Summonses shall issue for Beth Israel Deaconess Hospital, Joseph MacDonald, Antone Moniz, and the Department of Correction. Verrier is responsible for serving a summons, the amended complaint, and this order on each of these defendants in compliance with Rule 4 of the Federal Rules of Civil Procedure.

2. Verrier must complete the aforesaid service within 90 days of the date of this order. Failure to do so may result in dismissal of this action without further notice from the Court. See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

3. Because Verrier is proceeding in forma pauperis, he may elect to have service completed by the United States Marshals Service ("USMS"). If Verrier chooses to have service

completed by the USMS, he shall provide the agency with all papers for service on Beth Israel Deaconess Hospital, MacDonald, Moniz, and the Department of Correction and a completed USM-285 form for each of these defendants. The USMS shall complete service as directed by Verrier with all costs of service to be advanced by the United States. The Clerk shall provide Verrier with the forms and instructions for service by the USMS.

    4.   At this time, summonses shall not issue for any Jane/John Doe defendants. If, through discovery or otherwise, Verrier discovers the identity of any "Doe" defendant, he may amend the complaint in accordance with Rule 15(a) of the Federal Rules of Civil Procedure to include a "Doe" defendant's identity and the claims against said defendant.

    5.   Plymouth County Correctional Facility ("PCCF") shall be DISMISSED as a party to this action. As the Court stated in its May 2, 2023 order, PCCF is "a building rather than an organization," and that, "[a]s such, it is not a suable entity." (Docket #9 at 4). Verrier's allegation in the amended complaint that PCCF is a "duly organized corporation," Amend. Compl. ¶ 2, does not make the building subject to suit.

    **So ordered.**

                                                /s/ Nathaniel M. Gorton
                                                Nathaniel M. Gorton
                                                United States District Judge

Dated: 06/28/2023